State of Connecticut *v.* Floyd Williams
(10327)

Dupont, C. J., Foti and Heiman, Js.
Argued April 29—decision released May 18, 1993

*Auden Grogins,* special public defender, for the appellant (defendant).

*Richard F. Jacobson,* assistant state's attorney, with whom, on the brief, were *Donald A. Browne,* state's attorney, and *Linda N. Howe,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.